MANDATE

CTDC (whcf)
01 cv 1151
Underhill

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of October, two thousand and three.

PRESENT:

    RALPH K. WINTER
    JOSÉ A. CABRANES
    ROBERT D. SACK
        *Circuit Judges,*



---

BRISTOUT BOURGUIGNON,

    Plaintiff-Appellant,

v.                                                                                      No. 03-0070

ANTHONY P. GIUNTA, Detective, DONALD A. BROWN, Captain, and TOWN OF WESTPORT,

    Defendants-Appellees,

---

APPEARING FOR APPELLANT:    Bristout Bourguignon, *pro se*, Suffield, CT.

APPEARING FOR APPELLEE:    James Vincent Somers (Robert A. Rhodes, Regen O'Malley, *on the brief*), Halloran & Sage LLP, Hartford, CT.

Appeal from a judgment entered by the United States District Court for the District of

1

ISSUED AS MANDATE: APR 14 2004

Connecticut (Stefan R. Underhill, *Judge*).

    ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

    Plaintiff appeals from summary judgment entered by the District Court on February 28, 2003 dismissing his federal claims under 42 U.S.C. § 1983 against defendant police officers and municipality, and declining to exercise supplemental jurisdiction over associated state law claims. Plaintiff's federal claims alleged false arrest and false imprisonment.

    We have considered all of plaintiff's arguments, and we find that they are without merit, for substantially the reasons stated by the District Court in its Ruling on Motions for Summary Judgment of February 25, 2003. The judgment of the District Court is AFFIRMED.

                                FOR THE COURT,
                                Roseann B. MacKechnie, Clerk of Court

                                By *[signature: Lucille Carr]*

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK