```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


BRISTOUT BOURGUIGNON            :
                                :           PRISONER
     v.                         :  Case No. 3:01CV1151(SRU)(WIG)
                                :
DET. ANTHONY P. GUINTA, et al.  :
```

RULING AND ORDER

Plaintiff has filed two motions asking the court to waive the filing fee in this case because he cannot afford to pay the fee and purchase amenities from the commissary. The docket indicates that the filing fee in this case was paid on January 16, 2004. Thus, no deductions currently are being made from plaintiff's inmate account to pay the filing fee in this case.

Plaintiff's motions [**doc. ##73 & 74**] are **DENIED** as moot.

**SO ORDERED** this   9th   day of April, 2007, at Bridgeport, Connecticut.

             /s/ William I. Garfinkel
             WILLIAM I. GARFINKEL
             UNITED STATES MAGISTRATE JUDGE