UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON                              PRISONER

                                                  3:01-2001 APPS 30 (SRU)(WIG)

Det. Anthony P. Guinta, et al                     April 17, 2007

## MOTION TO REIMBURSE THE PLAINTIFF COURT FEES IN THE FORMA PAUPERIS IFP STATUS

The plaintiff respectfully ask the court to reimburse the plaintiff court fees in the Forma Pauperis IFP status because the plaintiff financial status is not stable and unable to receive any fund from outside world for more than six months. The plaintiff inmate account has insufficient funds and the plaintiff has insufficient fund and the plaintiff has no money to buy small amenties of life which he has no money to buy small amenties of life which he has permitted to acquire inquire in prison or hospital behond the food, clothing, and lodging already furnished by the federal system and state systems. The plaintiff asks the court for his money back. Wherefore, the plaintiff ask the court to grant this motion with all respect

                                        THE plaintiff
                                        Bristout Bourguignon

### CERTIFICATION

I hereby certify that the following motion was mailed on 4-17-07 to Attorney Hollagan firm Westport, CT.

                                        Bristout Bourguignon
                                        BRISTOUT BOURGUIGNON

CONNECTICUT DEPARTMENT OF CORRECTION
TRUST ACCOUNT STATEMENT
4.14.1.4

DOC: 0000265860   Name: BOURGUIGNON, BRISTOUT JEAN   DOB: 04/27/1960
LOCATION: 136-A

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/20/2006 | CEC | CEC SAL ORD #4109262 | 1.64 | 5.14 |
| 09/29/2006 | FOIR | Freedom of Information Requests 136 | ( 3.00) | 2.14 |
| 10/12/2006 | DSP | ASH /Rg:1 7 @0.75   09/29/2006-10/05/2006 ASH /Rg:1 5 @0.75   10/06/2006-10/12/2006 | 9.00 | 11.14 |
| 10/12/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 1.80) | 9.34 |
| 10/23/2006 | CRS | CRS SAL ORD #4209789 D2 | ( 7.68) | 1.66 |
| 10/26/2006 | DSP | ATW /Rg:1 7 @0.75   10/13/2006-10/19/2006 ATW /Rg:1 7 @0.75   10/20/2006-10/26/2006 | 10.50 | 12.16 |
| 10/26/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 10.06 |
| 10/31/2006 | CRS | CRS SAL ORD #4227289 D2 | ( 8.07) | 1.99 |
| 11/06/2006 | WPOS | Postage 136 | ( 1.59) | 0.40 |
| 11/13/2006 | DSP | ATW /Rg:1 7 @0.75   10/27/2006-11/02/2006 ATW /Rg:1 7 @0.75   11/03/2006-11/09/2006 | 10.50 | 10.90 |
| 11/13/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 8.80 |
| 11/15/2006 | WPOS | Postage 136 | ( 1.83) | 6.97 |
| 11/15/2006 | CRS | CRS SAL ORD #4257903 D2 | ( 6.45) | (0.52) ✓ |

TRANSACTION DESCRIPTIONS --   MANDATORY SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --   BONDS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --   PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/12/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 15.00 |
| 04/24/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 30.00 |
| 05/14/2001 | DED | Deduction-PLRA-02022001 | 8.00 | 38.00 |
| 07/12/2001 | DED | Deduction-PLRA-02022001 | 30.00 | 68.00 |
| 08/07/2001 | OT | Sub-Account Transfer | 4.43 | 72.43 |
| 09/10/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 74.53 |
| 09/24/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 76.63 |
| 10/25/2001 | DED | Deduction-PLRA-02022001 | 10.00 | 86.63 |
| 10/29/2001 | DED | Deduction-PLRA-02022001 | 0.45 | 87.08 |
| 01/10/2002 | DED | Deduction-PLRA-02022001 | 2.00 | 89.08 |
| 05/07/2002 | DED | Deduction-PLRA-02022001 | 10.00 | 99.08 |
| 05/20/2002 | DED | Deduction-PLRA-02022001 | 60.00 | 159.08 |

*The plaintiff is poor and need the Court to provide him or reimburse his money back.*

*Bristout Bourguignon* (signature)